DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID ALLAN AYER,**
Appellant,

v.

**J. ALEXANDER'S RESTAURANTS, LLC,**
Appellee.

No. 4D21-932

[June 3, 2021]

Appeal of a non final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 502020CA011781.

David Mancini and Aaron M. Clemens of Reich & Mancini, P.A., Palm City, for appellant.

John F. Bradley and Katharine R. Klein of Riley Warnock & Jacobson, PLC, Nashville, TN for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***